**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00099-TWP-MJD |
| | ) | |
| OLUWATOBI SENSI SETON, | ) | -01 |
| | ) | |
| Defendant. | ) | |

<u>**ENTRY FOR AUGUST 9, 2023**</u>
<u>**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**</u>

The Government appeared by MaryAnn Mindrum, Assistant United States Attorney.  The Defendant appeared in person, in custody, and by FCD counsel Dominic Martin.  Brittany Neat appeared on behalf of the United States Probation Office.  Russell Warlick attended as agent for the Government. Jean Knepley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty and Sentencing at the Indianapolis Courthouse.

The Defendant was sworn.  The Court advised Defendant of her rights.  The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively.  A factual basis was accepted.  The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Count 1 Conspiracy to Commit Wire Fraud, Count 2 Aggravated Identity Theft and Count 3 Conspiracy to Commit Money Laundering as charged in the Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 41 months on Counts 1 and 3 to be served concurrently and 24 months on Count 2 to be served consecutively for a total of 65 months.

Restitution:  The Defendant shall make restitution to the victims in the amounts stated on the record for the total amount of $4,309,027.00.  Payment is to be made directly to Clerk United States District Court with disbursement to the victim.

Fine: The Court did not order a fine based on the substantial amount of restitution.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 1 year on Counts 1, 2 and 3 to be served concurrently.  The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report. Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at FCI Waseca, Minnesota and any BOP programming if possible.

The Defendant shall pay to the United States a special assessment of $300. Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was remanded to the custody of the U.S. Marshals Service.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date:  8/9/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

MaryAnn Totino Mindrum
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
maryann.mindrum@usdoj.gov